**No. 66963.**—Charles Garcia & Co., Inc. *v.* United States, protests 307222–K(B) and 307222–K(C) (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of fishing reels with two spools similar in all material respects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48 C.C.P.A. 140, C.A.D. 780), the claim of the plaintiff was sustained.

**No. 66964.**—R. H. Macy & Co., Inc. *v.* United States, protest 60/27471 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of men's leather gloves handsewn, the claim of the plaintiff was sustained.

**No. 66965.**—James G. Wiley and Martin Overseas Van Lines, Inc., et al. *v.* United States, protests 59/3614, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of lift vans the same in all material respects as those the subject of *W. J. Byrnes & Co. et al.* v. *United States* (47 Cust. Ct. 73, C.D. 2282), the claim of the plaintiffs was sustained.

**No. 66966.**—Parksmith Corp. *v.* United States, protest 61/1823 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic back scratchers the same in all material respects as those the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiff was sustained.